# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Great American Assurance Company,

    *Plaintiff,*

v.

JMA Express LLC and Mohamed Alaktam,

    *Defendants.*

Case No.: 4:25-cv-10601

Hon: F. Kay Behm

---

## JUDGMENT

This matter has come before the court upon Plaintiff Great American Assurance Company's Motion for Entry of Default Declaratory Judgment. The Court having reviewed the Motion, supporting Brief and Exhibits, NOW THEREFORE, the Court hereby declares that:

1. Great American Assurance Company does not have a duty to indemnify JMA Express, LLC and Mohamed Alaktam under policy number ATPP004676-0 for any liability they may sustain in connection with the January 11, 2025 trucking accident involving Mr. James Bevins, deceased; and

2. Great American Assurance Company does not have a duty to defend JMA Express and Mohamed Alaktam in connection with any lawsuit which may be filed by the Estate of Mr. James Bevins, deceased.

This is a final Order which closes this case for all purposes.

Date: December 19, 2025

s/F. Kay Behm
F. Kay Behm
United States District Judge